**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

DAVIT TURABELIDZE,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; DAVID WESLING, Boston Field Office Acting Director, Immigration and Customs Enforcement, Enforcement and Removal Operations; DAVID W. JOHNSTON, Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations; and GREG HALE, Superintendent, Northwest State Correctional Facility.

Respondents.

Case No. 2:26-cv-00400

**ORDER GRANTING PETITIONER'S STIPULATED MOTION TO WITHDRAW**

THIS MATTER comes before the Court on Petitioner's Stipulated Motion to Cancel Status Conference and Withdraw Petition for Habeas Corpus. Having considered the petition, I order that today's status conference be cancelled and Petitioner's habeas corpus petition be withdrawn.

It is so ORDERED.

DATED this 29th day of October 2026.

/s/ William K. Sessions III
WILLIAM K. SESSIONS III
UNITED STATES DISTRICT JUDGE